**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joseph Prestiano v. The State of Texas

Appellate case number:   01-18-00763-CR

Trial court case number:  B-16-0472-SA

Trial court:                    119th District Court of Tom Green County

     Appellant Joseph Prestiano's further motion for rehearing is **denied**.


Justice's signature:   /s/ Gordon Goodman
                      Acting for the Court

Panel consists of: Justices Keyes, Lloyd, and Goodman.


Date:   September 17, 2019